# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| THOMAS MOTAMED, F, et al. | VS | THE CHUBB CORPORATION, et al. | 3:15-CV-07262-AET-TJB |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.   RECEIVED 10/26/15

**Service:** I served THE AYCO COMPANY, L.P. _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with  AMY MCLAREN _____     MANAGING AGENT _____     At
NAME                                              RELATIONSHIP

☐ Residence _____
ADDRESS                                    CITY / STATE

☒ Business  C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801
ADDRESS                                    CITY / STATE

On 10/27/15 _____     AT 11:10 AM _____
DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY          STATE          ZIP

**Manner of Service:**

☒ CORPORATE SERVICE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____     (2)_____
DATE     TIME          DATE     TIME

(3)_____     _____(4)_____     (5)_____
DATE     TIME          DATE     TIME          DATE     TIME

AGE     35     Sex F     Race W     Height 5'5     Weight 130     HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27TH ____ day of OCTOBER _____ ,2015.

_____
SIGNATURE OF NOTARY PUBLIC

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-CV-07262-AET-TJB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* THE AYCO COMPANY, L.P.
was received by me on *(date)* 10/26/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* THE AYCO COMPANY, L.P.
C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 on *(date)* 10/27/15 AT 11:10 am

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 59.00

I declare under penalty of perjury that this information is true.

Date: 10/27/2015

_____
Server's signature

KEVIN S. DUNN                                    PROCESS SERVER
Printed name and title

BRANDYWINE PROCESS SERVERS
PO BOX 1360
WILMINGTON, DE 19899
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**THOMAS MOTAMED, F, ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**THE CHUBB CORPORATION, ET AL.,**
*Defendant*

CASE
NUMBER: **3:15−CV−07262−AET−TJB**

TO: *(Name and address of Defendant):*

```
The Ayco Company, L.P.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

```
George E. Rahn, Jr.
Saul Ewing LLP
650 College Road East, Suite 4000
Princeton, NJ  08540-6603
(609) 452-3100
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Karen McGonigle**

(By) DEPUTY CLERK



ISSUED ON **2015−10−02 13:50:29**, Clerk
USDC NJD